
Filed 01/30/20     Case 19-24759     Doc 67

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**In re**

AK Builders and Coatings, Inc.

              **Debtor(s).**

Case No. 19-24759

**AMENDMENT COVER SHEET**

This form shall not be used to amend or modify plans.

I am amending the following documents:

- [ ] Petition
- [ ] Creditor Matrix
- [ ] List of 20 Largest Unsecured Creditors
- [ ] Schedules (check appropriate boxes).
  - [ ] A/B  [ ] C  [✓] D  [ ] E/F  [ ] G  [✓] H  [ ] I  [ ] J
- [ ] Summary of Schedules of Assets and Liabilities
- [ ] Statement of Financial Affairs
- [ ] Statement of Intention
- [ ] List of Equity Security Holders

A fee of $31 is required for:

- An amendment that adds or deletes creditors;
- An amendment that changes amounts owed to a creditor; or
- An amendment that changes the classification of a debt.

**NOTICE OF AMENDMENT TO AFFECTED PARTIES**

I certify that I have notified the trustee in the case (if any) that I have filed or intend to file the amended or supplemental document(s) listed above, and that I have notified all parties affected by the amendment, as required by Federal Rule of Bankruptcy Procedure 1009.*

Dated: 1-27-20     Attorney's or *Pro Se* Debtor's Signature: /s/ Michael Noble

               Printed Name: Michael Noble

**DECLARATION BY DEBTOR**

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of ___ pages, is true and correct.

Dated: 1-27-20                                          Dated:

_____          _____
Debtor's Signature                                          Joint Debtor's Signature

**INSTRUCTIONS**

Attach each amended document to this form. If there is a box on the form to indicate that the form is amended or supplemental, check the box. Otherwise, write the word "Amended" or "Supplemental" at the top of the form.

If you are amending Schedules A/B, D, E/F, I, or J, you must also file an Amended Summary of Schedules of Assets and Liabilities in order to ensure that the totals are amended for statistical purposes. This form can be found on our website.

- To **add** creditors, write or type an "A" next to the creditors you are adding on any amended schedule you file. Additionally, (or, in the event that you are only amending the creditor matrix) attach a list of all creditors with their addresses in .txt format.
- To **correct** the names or addresses of creditors that appear on any schedule, use our Change of Address Form (EDC 2-085) instead of filing this form, any amended schedule or an amended master address list.
- To **delete** creditors, write or type a "D" next to the creditors you are deleting on any amended schedule you file. Do not submit a .txt file of creditors to be deleted. Only creditors who have not filed a proof of claim in the case will be deleted.

*Federal Rule of Bankruptcy Procedure 1009 requires the debtor to give notice of an amendment. *Notice of the amendment will not be given by the Clerk's Office.* To comply with this requirement, the debtor's attorney or *Pro Se* debtor must give notice to the trustee and any party affected by the amendment by serving the amendment and all previous court notices including, but not limited to, the notice of meeting of creditors, discharge of debtor, etc. A proof of service, indicating that service has been made, must be filed with the court.

Checks and money orders should be payable to "Clerk, U.S. Bankruptcy Court." *(NOTE: No personal checks will be accepted.)*

Form EDC 2-015, Rev. 5/1/17

**Fill in this information to identify the case:**

Debtor name: AK Builders and Coatings, Inc.

United States Bankruptcy Court for the: Eastern District  District of CA (State)

Case number (If known): 19-24759

☑ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   - ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   - ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name / Mailing address | | Name | Check all schedules that apply: |
| 2.1 | Daniel Rodriguez | 2017 5th Street<br>Sacramento, CA 95818 | Cook and Blach, Trustee | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | | ☐ D<br>☐ E/F<br>☐ G |

Official Form 206H  Schedule H: Codebtors  page 1 of ___

**Fill in this information to identify the case:**

Debtor name: AK Builders and Coatings, Inc.
United States Bankruptcy Court for the: Eastern District    District of CA
(State)
Case number (If known): 19-24759

☑ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A — Amount of claim (Do not deduct the value of collateral.) | Column B — Value of collateral that supports this claim |
|---|---|---|

**2.1 Creditor's name:** FCI Lender 8190 East Kaiser Bl An
**Creditor's mailing address:** 8190 East Kaiser Bl, Anaheim Hills, CA 92808
**Creditor's email address, if known:** ___
**Date debt was incurred:** 2/1/2017
**Last 4 digits of account number:** ___ ___ ___ ___
**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
see part 2

**Describe debtor's property that is subject to a lien:** 10779 Walker Trl Rd, Copperopolis, CA / 10777 Walker Trl Rd, Copperopolis, CA
**Describe the lien:** deed of trust
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,120,000.00    $ 4,100,000.00

**2.2 Creditor's name:** Cook and Blach, Trustees
**Creditor's mailing address:** 555 Capital Mall, Ste 1230, Sacramento, CA 95814
**Creditor's email address, if known:** ___
**Date debt was incurred:** ___
**Last 4 digits of account number:** ___ ___ ___ ___
**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority. ___
  ☐ Yes. The relative priority of creditors is specified on lines ___

**Describe debtor's property that is subject to a lien:** 9694 Alta Mesa Dr, Wilton, CA
**Describe the lien:** Cook v. Rodriguez, Trustees Lis Pendens
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ UNKNOWN-DISPUTED    $ ___

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ ___

Official Form 206D     Schedule D: Creditors Who Have Claims Secured by Property     page 1 of ___