2

Port J. Parker, SBN 179256
Myles G. Taylor, SBN 298687
**PARKER LAW GROUP ATTORNEYS**
A Professional Corporation
555 Capitol Mall, Suite 1230
Sacramento, CA 95814
Telephone: (916) 996-0400
Facsimile: (916) 668-5760


Attorneys for Third-Parties/Movants
EVERETT COOK and RICKY BLACH,
SUCCESSOR TRUSTEES OF THE JOHN
W. AND JUNE B. SHACKELFORD
REVOCABLE TRUST ESTABLISHED
OCTOBER 2, 1990

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No. 19-24759 |
| AK Builders and Coatings, Inc. | Chapter 11 |
| | D. C. No. PLG-1 |
| | **ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| | Date: May 19, 2020<br>Time: 9:00 a.m.<br>Place: 501 I Street, 7th Floor, Sacramento, CA<br>Dept: A<br>Crtm: 28 |

The motion of Third-Parties EVERETT COOK and RICKY BLACH, Successor Trustees of The John W. and June B. Shackelford Revocable Trust Established October 2, 1990 ("Movants") for Relief from Automatic Stay came before this Court for hearing on May 19, 2020, at 9:00 a.m. in Department A, Courtroom 28 of the above entitled Court.

The motion affects the following real property: 9694 Alta Mesa Road, Wilton, California ("Property"). The motion was opposed by Debtor AK Builders, Inc. ("Debtor"). The Court took oral

RECEIVED
May 19, 2020
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006765337

PARKER LAW GROUP
555 Capitol Mall, Suite 1230 Sacramento, CA 95814

1  argument and the matter was submitted.

2      Based on the motion, opposition, supporting documents, and the hearing, and FOR GOOD

3  CAUSE APPEARING, the Court GRANTS Third-Parties' Motion for Relief from Automatic Stay

4  under 11 U.S.C. § 362(d)(1). It is ordered that:

5      1.  As to Movants, the stay of 11 U.S.C. § 362(a) is terminated as to the Property and any

6          determination of the Property's ownership, disposition, or Debtor's interest therein.

7      2.  The 14-day stay as provided in FRBP 4001(a)(3) is waived.

8      3.  ~~This order is binding and effective in this and any future bankruptcy case without~~

9          ~~further notice.~~

10     All other requested relief is denied.

11  **IT IS SO ORDERED.**

12

13  **Dated:**  May 22, 2020

14

15                          _Fred E. Clt_
                            Fredrick E. Clement

16                          United States Bankruptcy Judge

17

18  Approved as to Form:

19  DATED:  5-19-20

20                          MICHAEL M. NOBLE
                            Attorney for Debtor

21

22

23

24

25

26

27

28

PARKER LAW GROUP
555 Capitol Mall, Suite 1230 Sacramento, CA 95814

---

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**

2