# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re

AK Builders and Coatings, Inc.

        **Debtor(s).**

Case No. 19-24759

**AMENDMENT COVER SHEET**

**This form shall not be used to amend or modify plans.**

**I am amending the following documents:**

- ☐ Petition
- ☐ Creditor Matrix
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Schedules (check appropriate boxes).
  - ☐ A/B ☐ C ☑ D ☐ E/F ☐ G ☐ H ☐ I ☐ J
- ☐ Summary of Schedules of Assets and Liabilities
- ☐ Statement of Financial Affairs
- ☐ Statement of Intention
- ☐ List of Equity Security Holders

**A fee of $31 is required for:**

- An amendment that adds or deletes creditors;
- An amendment that changes amounts owed to a creditor; or
- An amendment that changes the classification of a debt.

## NOTICE OF AMENDMENT TO AFFECTED PARTIES

I certify that I have notified the trustee in the case (if any) that I have filed or intend to file the amended or supplemental document(s) listed above, and that I have notified all parties affected by the amendment, as required by Federal Rule of Bankruptcy Procedure 1009.*

Dated: 10-26-20

Attorney's or *Pro Se* Debtor's Signature: /s/ Michael Noble
Printed Name: Michael Noble

## DECLARATION BY DEBTOR

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of ___ pages, is true and correct.

Dated: 10-26-20

[signature]

Debtor's Signature

Dated:

_____

Joint Debtor's Signature

## INSTRUCTIONS

Attach each amended document to this form. If there is a box on the form to indicate that the form is amended or supplemental, check the box. Otherwise, write the word "Amended" or "Supplemental" at the top of the form.

If you are amending Schedules A/B, D, E/F, I, or J, you must also file an Amended Summary of Schedules of Assets and Liabilities in order to ensure that the totals are amended for statistical purposes. This form can be found on our website.

- To **add** creditors, write or type an "A" next to the creditors you are adding on any amended schedule you file. Additionally, (or, in the event that you are only amending the creditor matrix) attach a list of all creditors with their addresses in .txt format.
- To **correct** the names or addresses of creditors that appear on any schedule, use our Change of Address Form (EDC 2-085) instead of filing this form, any amended schedule or an amended master address list.
- To **delete** creditors, write or type a "D" next to the creditors you are deleting on any amended schedule you file. Do not submit a .txt file of creditors to be deleted. Only creditors who have not filed a proof of claim in the case will be deleted.

*Federal Rule of Bankruptcy Procedure 1009 requires the debtor to give notice of an amendment. **Notice of the amendment will not be given by the Clerk's Office.** To comply with this requirement, the debtor's attorney or *Pro Se* debtor must give notice to the trustee and any party affected by the amendment by serving the amendment and all previous court notices including, but not limited to, the notice of meeting of creditors, discharge of debtor, etc. A proof of service, indicating that service has been made, must be filed with the court.

Checks and money orders should be payable to "Clerk, U.S. Bankruptcy Court." *(NOTE: No personal checks will be accepted.)*

Form EDC 2-015, Rev. 5/1/17

Fill in this information to identify the case:

Debtor name: AK Builders and Coatings, Inc.
United States Bankruptcy Court for the: Eastern District    District of CA (State)
Case number (if known): 19-24759

☑ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1 Creditor's name**
FCI Lender 8190 East Kaiser Bl An

**Creditor's mailing address**
8190 East Kaiser Bl
Anaheim Hills, CA 92808

**Creditor's email address, if known**

**Date debt was incurred** 2/1/2017
**Last 4 digits of account number** _ _ _ _

**Describe debtor's property that is subject to a lien**
10779 Walker Trl Rd, Copperopolis, CA
10777 Walker Trl Rd, Copperopolis, CA

**Describe the lien**
deed of trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,120,000.00    $ 4,100,000.00

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
see part 2

**2.2 Creditor's name**
Cook and Blach, Trustees

**Creditor's mailing address**
555 Capital Mall, Ste 1230,
Sacramento, CA 95814

**Creditor's email address, if known**

**Date debt was incurred**
**Last 4 digits of account number** _ _ _ _

**Describe debtor's property that is subject to a lien**
9694 Alta Mesa Dr, Wilton, CA

**Describe the lien**
Cook v. Rodriguez, Trustees Lis Pendens

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ _____    $ _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    ☐ Yes. The relative priority of creditors is specified on lines ___

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $ _____

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of ___

Debtor    AK Builders and Coatings, Inc.      Case number (if known) 19-24759
          Name

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |

**Part 1: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._**

**Creditor's name**
Merc Financial 7

**Creditor's mailing address**
13 W Duarte Rd, G236, Arcadia
CA, 91007

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is specified on lines ____

**Describe debtor's property that is subject to a lien**
100 acres located at 10675 Sky High Ridge, Lower lake, CA

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 150,000.00     $ 200,000.00

---

**2._**

**Creditor's name**
Ally Financial

**Creditor's mailing address**
P.O. Box 380901, Bloomington,
MN 55438

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is specified on lines ____

**Describe debtor's property that is subject to a lien**
2017 Chevrolet Suburban

**Describe the lien**
auto lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22,000.00     $ 30,000.00

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page ___ of ___

Debtor: **AK Builders and Coatings, Inc.**
Case number (if known): **19-24759**

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2._**

**Creditor's name:** SBA Disaster assistance

**Describe debtor's property that is subject to a lien:** All tangible and intangible property

$ 149,900.00   $ 149,900.00

**Creditor's mailing address:** 409 3rd St, SW. Washington, DC 20416

**Describe the lien:** UCC

**Creditor's email address, if known:**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred:**
**Last 4 digits of account number:** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2._**

**Creditor's name:**

**Describe debtor's property that is subject to a lien:**

$ _____   $ _____

**Creditor's mailing address:**

**Describe the lien:**

**Creditor's email address, if known:**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred:**
**Last 4 digits of account number:** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page ___ of ___

Debtor    AK Builders and Coatings, Inc.      Case number (if known) 19-24759
Name

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| IRA Services Trust Co CFBO Kristan E Evans IRA<br>8190 East Kaiser Bl<br>Anaheim Hills, CA 92808 | Line 2. 1 | _ _ _ _ |
| Walter Lander, Trustee Walter Lander Revocable Trust<br>8190 East Kaiser Bl<br>Anaheim Hills, CA 92808 | Line 2. 1 | _ _ _ _ |
| John A. Vos, Trustee Vos Family Trust<br>1430 Lincoln Ave<br>San Rafael, CA 94901-2021 | Line 2. 1 | _ _ _ _ |
| Corcoran Sherman LLC<br>8190 East Kaiser Bl<br>Anaheim Hills, CA 92808 | Line 2. 1 | _ _ _ _ |
| IRA Services Trust Co CFBO Lander Walter IRA<br>8190 East Kaiser Bl<br>Anaheim Hills, CA 92808 | Line 2. 1 | _ _ _ _ |
| | Line 2. __ | _ _ _ _ |
| | Line 2. __ | _ _ _ _ |
| | Line 2. __ | _ _ _ _ |
| | Line 2. __ | _ _ _ _ |
| | Line 2. __ | _ _ _ _ |
| | Line 2. __ | _ _ _ _ |
| | Line 2. __ | _ _ _ _ |
| | Line 2. __ | _ _ _ _ |

Form 206D     Official Part 2 of Schedule D: Creditors Who Have Claims Secured by Property     page ___ of ___