**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**In re** )
AK Builders and Coatings, Inc. )
                                    )    **Case No.** 19-24759
                                    )
                **Debtor(s).**           )    **AMENDMENT COVER SHEET**

**This form shall not be used to amend or modify plans.**

**I am amending the following documents:**

- ☐ Petition
- ☐ Creditor Matrix
- ☐ List of 20 Largest Unsecured Creditors
- ☑ Schedules (check appropriate boxes).
  ☑ A/B    ☐ C    ☑ D    ☐ E/F    ☐ G    ☐ H    ☐ I    ☐ J
- ☐ Summary of Schedules of Assets and Liabilities
- ☐ Statement of Financial Affairs
- ☐ Statement of Intention
- ☐ List of Equity Security Holders

**A fee of $31 is required for:**

- An amendment that adds or deletes creditors;
- An amendment that changes amounts owed to a creditor; or
- An amendment that changes the classification of a debt.

NOTICE OF AMENDMENT TO AFFECTED PARTIES

    I certify that I have notified the trustee in the case (if any) that I have filed or intend to file the amended or supplemental document(s) listed above, and that I have notified all parties affected by the amendment, as required by Federal Rule of Bankruptcy Procedure 1009.*

Dated: 11-25-20      Attorney's or *Pro Se* Debtor's Signature:    /s/ Michael Noble
                                                                  Printed Name:    Michael Noble

DECLARATION BY DEBTOR

    I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of ___ pages, is true and correct.

Dated: 11-25-20                                                                  Dated:
_____                             _____
Debtor's Signature                                              Joint Debtor's Signature

**INSTRUCTIONS**

    Attach each amended document to this form. If there is a box on the form to indicate that the form is amended or supplemental, check the box. Otherwise, write the word "Amended" or "Supplemental" at the top of the form.

    If you are amending Schedules A/B, D, E/F, I, or J, you must also file an Amended Summary of Schedules of Assets and Liabilities in order to ensure that the totals are amended for statistical purposes. This form can be found on our website.

- To **add** creditors, write or type an "A" next to the creditors you are adding on any amended schedule you file. Additionally, (or, in the event that you are only amending the creditor matrix) attach a list of all creditors with their addresses in .txt format.
- To **correct** the names or addresses of creditors that appear on any schedule, use our Change of Address Form (EDC 2-085) instead of filing this form, any amended schedule or an amended master address list.
- To **delete** creditors, write or type a "D" next to the creditors you are deleting on any amended schedule you file. Do not submit a .txt file of creditors to be deleted. Only creditors who have not filed a proof of claim in the case will be deleted.

    *Federal Rule of Bankruptcy Procedure 1009 requires the debtor to give notice of an amendment. ***Notice of the amendment will not be given by the Clerk's Office.*** To comply with this requirement, the debtor's attorney or *Pro Se* debtor must give notice to the trustee and any party affected by the amendment by serving the amendment and all previous court notices including, but not limited to, the notice of meeting of creditors, discharge of debtor, etc. A proof of service, indicating that service has been made, must be filed with the court.

    Checks and money orders should be payable to "Clerk, U.S. Bankruptcy Court." ***(NOTE: No personal checks will be accepted.)***

Form EDC 2-015, Rev. 5/1/17

**Fill in this information to identify the case:**

Debtor name: AK Builders and Coatings, Inc.

United States Bankruptcy Court for the: Eastern District   District of: CA
(State)

Case number (If known): 19-24759

☑ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**   $0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. JPMorgan Chase Bank, NA | checking | 8615 | $160,638.00 |
| 3.2. JPMorgan Chase Bank, NA | checking | 1316 | $13,842.00 |

4. **Other cash equivalents** *(Identify all)*
   4.1. none   $0.00
   4.2. _____   $_____

5. **Total of Part 1**   $174,480.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit
   7.1. _____   $_____
   7.2. _____   $_____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. none                                                  $_____

   8.2._____ $_____

9. **Total of Part 2.**                                                        $        0.00

   Add lines 7 through 8. Copy the total to line 81.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                                                                                          **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:   RTC Ranch Funding  −  _____ = ........ →    $      93,400.00
                               face amount              doubtful or uncollectible accounts

    11b. Over 90 days old:    _____ − _____ = ........ →    $_____
                               face amount              doubtful or uncollectible accounts

12. **Total of Part 3**                                                                  $      93,400.00

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                                                       **Valuation method used for current value**      **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____ _____ $_____

    14.2. _____ _____ $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                      % of ownership:

    15.1. _____ _____% _____ $_____

    15.2. _____ _____% _____ $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____ _____ $_____

    16.2. _____ _____ $_____

17. **Total of Part 4**                                                                  $         0.00

    Add lines 14 through 16. Copy the total to line 83.

Debtor  AK Builders and Coatings, Inc.  
       Name

Case number *(if known)* 19-24759

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ☒ No. Go to Part 6.
    - ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**                                                                               $_____ 0.00  
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    - ☐ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ☐ No
    - ☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ☐ No. Go to Part 7.
    - ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish <br> _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> Misc parts and equip, ie shower, doors, tanks, etc | $ 20,000.00 | _____ | $ 20,000.00 |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | _____ | $_____ |

33. **Total of Part 6.**        $ 20,000.00

     Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

    ❑ No

    ❑ Yes. Is any of the debtor's property stored at the cooperative?

       ❑ No

       ❑ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ❑ No

    ❑ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ❑ No

    ❑ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ❑ No

    ❑ Yes

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ❑ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> desk, table, etc | $ 1,500.00 | garage sale value | $ 1,500.00 |
| 40. **Office fixtures** <br> none | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> computers, laddes, skafolding, compressors, tools..... | $ 51,500.00 | online comps | $ 51,500.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $ | | $ |
| 42.2_____ | $ | | $ |
| 42.3_____ | $ | | $ |

43. **Total of Part 7.**        $ 53,000.00

     Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ❑ No

    ❑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ❑ No

    ❑ Yes

Debtor    AK Builders and Coatings, Inc.    Case number (if known) 19-24759
         Name

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 2008 F550 Ford | $ 25,000.00 | comps | $ 25,000.00 |
| 47.2 Welding Machine | $ 8,000.00 | comps | $ 8,000.00 |
| 47.3 2007 BMW 530XI | $ 3,100.00 | | $ 3,100.00 |
| 47.4 2017 Chevrolet Suburban | $ 30,000.00 | | $ 30,000.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 Ford F550 | $ 7,000.00 | | $ 7,000.00 |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Forklift | $ | | $ |

**51. Total of Part 8.**    $ 73,100.00
Add lines 47 through 50. Copy the total to line 87.

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
    ☐ No. Go to Part 10.
    ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 10779 Walker Trl Rd, Copperopol | 100% | $ 2,050,000.00 | appraisal | $ 2,050,000.00 |
| 55.2 10777 Walker Trl Rd, Copperopol | 100% | $ 2,050,000.00 | appraisal | $ 2,050,000.00 |
| 55.3 9694 Alta Mesa Dr, Wilton, CA | 100% | $ 500,000.00 | zillow | $ 500,000.00 |
| 55.4 10675 Sky High Ridge, Lower lak | 100% | $ 200,000.00 |  | $ 200,000.00 |
| 55.5 2005 Stacey Ct, Arlington, TX | 100% | $ 125,000.00 | DOT | $ 125,000.00 |
| 55.6 |  | $ |  | $ |

56. **Total of Part 9.**                                                                                                              $ 4,925,000.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☐ No
    ☑ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ☑ No. Go to Part 11.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ |  | $ |
| 61. **Internet domain names and websites** | $ |  | $ |
| 62. **Licenses, franchises, and royalties** | $ |  | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ |  | $ |
| 64. **Other intangibles, or intellectual property** | $ |  | $ |
| 65. **Goodwill** | $ |  | $ |

66. **Total of Part 10.**                                                                                                   $ 0.00
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    - ☐ No
    - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ☐ No
    - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    - ☐ No. Go to Part 12.
    - ☑ Yes. Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)
    none
    Total face amount _____ − doubtful or uncollectible amount _____ = → $ _____

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)
    none
    Tax year _____    $ _____
    Tax year _____    $ _____
    Tax year _____    $ _____

73. **Interests in insurance policies or annuities**
    none     $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    none     $ _____
    Nature of claim _____
    Amount requested $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    Cattle Lease     $ 35,000.00
    Nature of claim    contingent
    Amount requested $ _____

76. **Trusts, equitable or future interests in property**
    none     $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    none     $ _____
        $ _____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.     $ **35,000.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

Debtor    AK Builders and Coatings, Inc.      Case number *(if known)* 19-24759
<br>Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 174,480.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 93,400.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 20,000.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 53,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 73,100.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* → | | $ 4,925,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 35,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........91a. | $ 96,495.00 | + 91b. $ 96,495.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................................    $ 5,021,495.00

**Fill in this information to identify the case:**

Debtor name __AK Builders and Coatings, Inc.__

United States Bankruptcy Court for the: __Eastern District__　District of __CA__
(State)

Case number (If known): __19-24759__

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

   Column A — **Amount of claim** Do not deduct the value of collateral.
   Column B — **Value of collateral that supports this claim**

**2.1** Creditor's name: __FCI Lender 8190 East Kaiser Bl An__

Creditor's mailing address:
8190 East Kaiser Bl
Anaheim Hills, CA 92808

Creditor's email address, if known: ____

Date debt was incurred: __2/1/2017__
Last 4 digits of account number: __ __ __ __

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
__see part 2__

Describe debtor's property that is subject to a lien:
__10779 Walker Trl Rd, Copperopolis, CA__
__10777 Walker Trl Rd, Copperopolis, CA__

Describe the lien: __deed of trust__

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ __1,120,000.00__   Column B: $ __4,100,000.00__

**2.2** Creditor's name: __Cook and Blach, Trustees__

Creditor's mailing address:
555 Capital Mall, Ste 1230,
Sacramento, CA 95814

Creditor's email address, if known: ____

Date debt was incurred: ____
Last 4 digits of account number: __ __ __ __

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　____
　☐ Yes. The relative priority of creditors is specified on lines ____

Describe debtor's property that is subject to a lien:
__9694 Alta Mesa Dr, Wilton, CA__

Describe the lien: __Cook v, Rodriguez, Trustees Lis Pendens__

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: $ ____   Column B: $ ____

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $ ____

Official Form 206D　　Schedule D: Creditors Who Have Claims Secured by Property　　page 1 of ___

Debtor    AK Builders and Coatings, Inc.      Case number *(if known)* 19-24759
         Name

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Part 1:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2._**

**Creditor's name**
Merc Financial 7

**Creditor's mailing address**
13 W Duarte Rd, G236, Arcadia CA, 91007

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
       _____
       _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
100 acres located at 10675 Sky High Ridge, Lower lake, CA

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 150,000.00     $ 200,000.00

---

**2._**

**Creditor's name**
Ally Financial

**Creditor's mailing address**
P.O. Box 380901, Bloomington, MN 55438

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
       _____
       _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2017 Chevrolet Suburban

**Describe the lien**
auto lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22,000.00     $ 30,000.00

---

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._**

**Creditor's name**
SBA Disaster assistance

**Creditor's mailing address**
409 3rd St, SW. Washington, DC 20416

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
All tangible and intangible property

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 149,900.00    $ 149,900.00

---

**2._**

**Creditor's name**
N&K Properties LLC

**Creditor's mailing address**
c/o Sharon Smith, 1905 Central Dr, Ste 103, Bedford, TX

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
house located at 2005 Stacey Ct, Arlington, TX

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 125,000.00    $ 125,000.00

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page ____ of ____

Debtor    AK Builders and Coatings, Inc.      Case number (*if known*) 19-24759
        Name

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| IRA Services Trust Co CFBO Kristan E Evans IRA<br>8190 East Kaiser Bl<br>Anaheim Hills, CA 92808 | Line 2. 1 | __ __ __ __ |
| Walter Lander, Trustee Walter Lander Revocable Trust<br>8190 East Kaiser Bl<br>Anaheim Hills, CA 92808 | Line 2. 1 | __ __ __ __ |
| John A. Vos, Trustee Vos Family Trust<br>1430 Lincoln Ave<br>San Rafael, CA 94901-2021 | Line 2. 1 | __ __ __ __ |
| Corcoran Sherman LLC<br>8190 East Kaiser Bl<br>Anaheim Hills, CA 92808 | Line 2. 1 | __ __ __ __ |
| IRA Services Trust Co CFBO Lander Walter IRA<br>8190 East Kaiser Bl<br>Anaheim Hills, CA 92808 | Line 2. 1 | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |