GEOFFREY M. RICHARDS
Bankruptcy Trustee
P.O. Box 579
Orinda, CA 94563
(916) 288-8365

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| In Re: | § | |
| --- | --- | --- |
| | § | |
| AK BUILDERS AND COATINGS, INC | § | Case No. 19-24759 |
| | § | |
| Debtor | § | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 07/29/2019. The case was converted to one under Chapter 7 on 07/16/2020. The undersigned trustee was appointed on 07/16/2020.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $     118,379.72

Funds were disbursed in the following amounts:

| | |
| --- | ---: |
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 28,028.88 |
| Bank service fees | 489.42 |
| Other payments to creditors | 60,000.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 29,861.42 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/01/2020 and the deadline for filing governmental claims was 01/24/2020. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 9,168.99 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 9,168.99 , for a total compensation of $ 9,168.99 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 44.04 , for total expenses of $ 44.04 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/26/2021     By:/s/Geoffrey Richards
                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 19-24759 | A | Judge: FREDERICK E. CLEMENT | | Trustee Name: | Geoffrey Richards |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | AK BUILDERS AND COATINGS, INC | | | | Date Filed (f) or Converted (c): | 07/16/20 (c) |
| | | | | | 341(a) Meeting Date: | 08/25/20 |
| For Period Ending: | 07/26/21 | | | | Claims Bar Date: | 12/01/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. FINANCIAL ACCOUNTS<br>   JPMorgan Chase Bank, NA - checking #8615. Original value listed $2,105. Amended to reflect current value (doc 162). Trustee value reflects funds turned over to trustee on 8/8/20. | 160,638.00 | 106,121.29 | | 106,121.29 | FA |
| 2. FINANCIAL ACCOUNTS<br>   JPMorgan Chase Bank, NA - checking #1316. Original value listed $2,390. Amended to reflect current value. (doc 162) . Trustee value reflects amount turned over to trustee on 8/8/20 & 8/20/20. | 13,842.00 | 12,258.43 | | 12,258.43 | FA |
| 3. SECURITY DEPOSITS<br>   Deposit on contract to purchase 100 acre ranch listed on line 75. Debtor obtained EIDL loan from SBA during the chapter 11. That loan granted a security interest in all personal property of the debtor. | 6,000.00 | 0.00 | | 0.00 | FA |
| 4. OFFICE EQUIPMENT<br>   Desk, table, etc Debtor obtained EIDL loan from SBA during the chapter 11. That loan granted a security interest in all personal property of the debtor. | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. MACHINERY AND SUPPLIES<br>   Computers, ladders, skafolding, compressors, tools. Debtor obtained EIDL loan from SBA during the chapter 11. That loan granted a security interest in all personal property of the debtor. | 51,500.00 | 0.00 | | 0.00 | FA |
| 6. VEHICLES<br>   2008 F550 Ford. Debtor obtained EIDL loan from SBA during the chapter 11. That loan granted a security interest in all personal property of the debtor. | 25,000.00 | 0.00 | | 0.00 | FA |
| 7. VEHICLES<br>   Welding Machine. Debtor obtained EIDL loan from SBA during the chapter 11. That loan granted a security interest in all personal property | 8,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 19-24759 A | Judge: FREDERICK E. CLEMENT | Trustee Name: | Geoffrey Richards |
| Case Name: | AK BUILDERS AND COATINGS, INC | | Date Filed (f) or Converted (c): | 07/16/20 (c) |
| | | | 341(a) Meeting Date: | 08/25/20 |
| | | | Claims Bar Date: | 12/01/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| of the debtor. | | | | | |
| 8. COMMERCIAL PROPERTY | 2,050,000.00 | 0.00 | OA | 0.00 | FA |
| 10779 Walker Trl Rd., Copperopol - 100% interest. Debtor obtained EIDL loan from SBA during the chapter 11. That loan granted a security interest in all personal property of the debtor. Per settlement agreement with SBA, SBA will be granted a security interest in all real property. | | | | | |
| 9. COMMERCIAL PROPERTY | 2,050,000.00 | 0.00 | OA | 0.00 | FA |
| 10777 Walker Trl Rd., Copperopol - 100% interest. Debtor obtained EIDL loan from SBA during the chapter 11. That loan granted a security interest in all personal property of the debtor. Per settlement agreement with SBA, SBA will be granted a security interest in all real property. | | | | | |
| 10. COMMERCIAL PROPERTY | 500,000.00 | 0.00 | | 0.00 | FA |
| 9694 Alta mesa Dr., Wilton, CA - 100% interest. Amended Sched D added asset with "unknown" claim value. Doc #67. Debtor obtained EIDL loan from SBA during the chapter 11. Per settlement agreement with SBA, SBA will be granted a security interest in all real property. Ownership of this property by the debtor is disputed. | | | | | |
| 11. ACCOUNTS RECEIVABLE (u) | 93,400.00 | 0.00 | | 0.00 | FA |
| RTC Ranch funding. Added on amended doc #162. Debtor obtained EIDL loan from SBA during the chapter 11. That loan granted a security interest in all personal property of the debtor. | | | | | |
| 12. FARM SUPPLIES (u) | 20,000.00 | 0.00 | | 0.00 | FA |
| Misc parts & equip, ie shower, doors, tanks, etc. Debtor obtained EIDL loan from SBA during the chapter 11. That loan granted a security interest in all personal property of the debtor. | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit A

| Case No: | 19-24759 A Judge: FREDERICK E. CLEMENT | Trustee Name: | Geoffrey Richards |
|---|---|---|---|
| Case Name: | AK BUILDERS AND COATINGS, INC | Date Filed (f) or Converted (c): | 07/16/20 (c) |
| | | 341(a) Meeting Date: | 08/25/20 |
| | | Claims Bar Date: | 12/01/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. VEHICLES (u) | 3,100.00 | 0.00 | | 0.00 | FA |
| 2007 BMW 530XI. Debtor obtained EIDL loan from SBA during the chapter 11. That loan granted a security interest in all personal property of the debtor. | | | | | |
| 14. VEHICLES (u) | 30,000.00 | 0.00 | | 0.00 | FA |
| 2017 Chevrolet Suburban. Debtor obtained EIDL loan from SBA during the chapter 11. That loan granted a security interest in all personal property of the debtor. | | | | | |
| 15. VEHICLES (u) | 7,000.00 | 0.00 | | 0.00 | FA |
| Ford F550. Debtor obtained EIDL loan from SBA during the chapter 11. That loan granted a security interest in all personal property of the debtor. | | | | | |
| 16. MACHINERY AND SUPPLIES (u) | 0.00 | 0.00 | | 0.00 | FA |
| Forklift. Debtor obtained EIDL loan from SBA during the chapter 11. That loan granted a security interest in all personal property of the debtor. | | | | | |
| 17. COMMERCIAL PROPERTY (u) | 200,000.00 | 0.00 | | 0.00 | FA |
| 10675 Sky High Ridge, Lower Lake  Lien of $150,000 reflected on Schedule D,(Doc 163) | | | | | |
| 18. RESIDENCE (u) | 125,000.00 | 0.00 | | 0.00 | FA |
| 2005 Stacey Ct. Arlington, TX. | | | | | |
| 19. CONTINGENT CLAIMS | 0.00 | 0.00 | | 0.00 | FA |
| Contract to purchase 100 acre ranch for $200,000.  Asset removed on amended schedule Doc 162. | | | | | |
| 20. CONTINGENT CLAIMS (u) | 35,000.00 | 0.00 | | 0.00 | FA |
| Cattle Lease. (doc 162) Debtor obtained EIDL loan from SBA during the chapter 11. That loan granted a security interest in all personal | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4
Exhibit A

| Case No: | 19-24759　A　Judge: FREDERICK E. CLEMENT | Trustee Name: | Geoffrey Richards |
|---|---|---|---|
| Case Name: | AK BUILDERS AND COATINGS, INC | Date Filed (f) or Converted (c): | 07/16/20 (c) |
| | | 341(a) Meeting Date: | 08/25/20 |
| | | Claims Bar Date: | 12/01/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| property of the debtor. | | | | | |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $5,379,980.00 | $118,379.72 | | $118,379.72 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/9/21 - HSM fee application approved. Even though the fee application clearly stated that HSM was only claiming $25,000 of the total fees and expenses (Doc 203, page 2 line 11), Judge Clement signed an order approving $39,496.50 in Fee and $586.47 in expenses. Correspondence in file confirms that HSM is only expecting a total reduced fee of $25,000, and a check is to be issued for that amount.

5/12/21 - Initial $60,000 payment to be made to SBA. Tax authorities have not responded to tax returns filed. HSM fee application pending for hearing 6/7, then file TFR. Payments to be made to SBA per Docket 172, paragraph 11a and 11e. Approved by court order Docket 179. After payment of all admin and unsecured claims, SBA to receive remaining funds in TFR.

03/29/21 - Pending receipt of confirmation from Tax authorities regarding tax returns. Payment to be made to SBA, then Fee apps submitted.

2/24/21 - Compromise approved by USBC. Pending order and payment to SBA. Tax returns and Fee Apps to be filed.

12/21/20 - Debtor obtained SBA loan without court approval during the pendency of the Chapter 11 case. Counsel contacted US Attorney. SBA claims to have a secured interest in all the debtor's personal property, including the funds

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 5

**Exhibit A**

| | |
|---|---|
| Case No: 19-24759    A    Judge: FREDERICK E. CLEMENT | Trustee Name:        Geoffrey Richards |
| Case Name: AK BUILDERS AND COATINGS, INC | Date Filed (f) or Converted (c):    07/16/20 (c) |
| | 341(a) Meeting Date:                08/25/20 |
| | Claims Bar Date:                    12/01/20 |

seized by the estate.  This is disputed.  We are negotiating a stipulated settlement with the SBA and the debtor where the estate will receive funds sufficient funds to unsecured claims and admin expense.  Debtor has never filed tax returns, and this matter is being investigated.

10/12/20 - Trustee has seized $118,000 on deposit in Chase bank account.   This is currently sufficient to pay all claims filed in the case.  The principal of the debtor continues to be evasive, and the debtor may have incurred additional debt during the pendency of the Chapter 11 case. Pending POC bar date for further action.

Initial Projected Date of Final Report (TFR): 03/30/21        Current Projected Date of Final Report (TFR): 06/30/21

_____            Date: _____
Geoffrey Richards

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 19-24759 -A | | Trustee Name: | Geoffrey Richards |
| --- | --- | --- | --- | --- |
| Case Name: | AK BUILDERS AND COATINGS, INC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0535 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6283 | | | |
| For Period Ending: | 07/26/21 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/08/20 | 1, 2 | Chase<br>Cashier's check | Turnover of non-exempt bank accounts | 1129-000 | 117,716.25 | | 117,716.25 |
| 08/20/20 | 2 | Chase<br>Cashier's Check<br>Remitter: National Account Servcies | Turnover of non-exempt bank account | 1129-000 | 663.47 | | 118,379.72 |
| 01/25/21 | | International Sureties Ltd<br>701 Podras Street, Suite 420<br>New Orleans, LA 70139 | Bond Premium Payment | 2300-000 | | 38.93 | 118,340.79 |
| 03/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 118.02 | 118,222.77 |
| 04/02/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 130.54 | 118,092.23 |
| 04/13/21 | 005001 | Michael Gabrielson<br>Gabrielson and Company<br>1605 School Street<br>Morage, CA 94556 | CPA Fees and Expense | | | 2,989.95 | 115,102.28 |
| | | | Fees          2,923.00 | 3410-000 | | | |
| | | | Expenses        66.95 | 3420-000 | | | |
| 05/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 124.59 | 114,977.69 |
| 05/17/21 | 005002 | US SMALL BUSINESS ADMINISTRATION<br>DENVER FINANCE CENTER 6283<br>721 19TH STREET<br>DENVER, CO 80202 | Claim 8-1<br>SBA LOAN NUMBER 9283938205 | 4210-000 | | 60,000.00 | 54,977.69 |
| 06/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 116.27 | 54,861.42 |
| 06/09/21 | 005003 | HEFNER, STARK and MARIOS, LLP<br>Attn: Aaron Avery<br>2150 River Plaza Drive, Suiite 450<br>Sacramento, CA 95833-3883 | Trustee Attorney Fee<br>Reduced Fee Per Doc 203, page 2 line 8 | 3210-000 | | 25,000.00 | 29,861.42 |

Page Subtotals    118,379.72    88,518.30

LFORM24    UST Form 101-7-TFR (5/1/2011) *(Page: 8)*    Ver: 22.03d

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 19-24759 -A | | Trustee Name: | Geoffrey Richards |
| Case Name: | AK BUILDERS AND COATINGS, INC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0535 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6283 | | | |
| For Period Ending: | 07/26/21 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 118,379.72 | 88,518.30 | 29,861.42 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 118,379.72 | 88,518.30 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 118,379.72 | 88,518.30 | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | Checking Account (Non-Interest Earn - *******0535 | | 118,379.72 | 88,518.30 | 29,861.42 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 118,379.72 | 88,518.30 | 29,861.42 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

LFORM24    UST Form 101-7-TFR (5/1/2011) *(Page: 9)*      Ver: 22.03d

| | | EXHIBIT A | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: July 26, 2021 |

Case Number: 19-24759　　　　　　　　Claim Class Sequence
Debtor Name: AK BUILDERS AND COATINGS, INC

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000006 001 2950-00 | UNITED STATES TRUSTEE 501 I STREET, SUITE 7-500 SACRAMENTO, CA 95814 | Administrative | Originally filed for $2.600 amended on 2/8/21 | $2,275.00 | $0.00 | $2,275.00 |
| 000007A 999 2820-00 | Franchise Tax Board <B>(ADMINISTRATIVE)</B> Bankruptcy Section MS A340 PO BOX 2952 Sacramento CA 95812-2952 | Administrative | Amended 1/27/21 | $1,626.58 | $0.00 | $1,626.58 |
| 1A 001 3210-00 | HEFNER, STARK and MARIOS, LLP Attn: Aaron Avery 2150 River Plaza Drive, Suiite 450 Sacramento, CA 95833-3883 | Administrative | | $25,000.00 | $25,000.00 | $0.00 |
| 000003A 040 5800-00 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO CA 95812-2952 | Priority | Amended 1/27/21 | $2,587.98 | $0.00 | $2,587.98 |
| 000005A 040 5800-00 | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | Priority | | $977.17 | $0.00 | $977.17 |
| 000009 040 5200-00 | Franchise Tax Board | Priority | Claim Wiithdrawn on 1/27/21 | $0.00 | $0.00 | $0.00 |
| 000002 070 7100-00 | UNITED STATES TRUSTEE 501 I STREET, SUITE 7-500 SACRAMENTO, CA 95814 | Unsecured | | $325.00 | $0.00 | $325.00 |
| 000003B 070 7100-00 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO CA 95812-2952 | Unsecured | | $1,646.93 | $0.00 | $1,646.93 |
| 000005B 070 7100-00 | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | Unsecured | | $232.63 | $0.00 | $232.63 |
| 000001 050 4120-00 | COMMERCIAL TRADE, INC. | Secured | | $28,198.40 | $0.00 | $28,198.40 |
| 000004 050 4110-00 | IRA Services Trust Company c/o Edward T. Weber 17151 Newhope St #203 Fountain Valley CA 92708 | Secured | | $1,102,268.16 | $0.00 | $1,102,268.16 |

| | | EXHIBIT A | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: July 26, 2021 |

Case Number: 19-24759   Claim Class Sequence
Debtor Name: AK BUILDERS AND COATINGS, INC

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000008 050 4210-00 | US SMALL BUSINESS ADMINISTRATION DENVER FINANCE CENTER 6283 721 19TH STREET DENVER, CO 80202 | Secured | Payments to be made to SBA per Docket 172, paragraph 11a and 11e. Approved by court order Docket 179. | $150,000.00 | $60,000.00 | $90,000.00 |
| | Case Totals: | | | $1,315,137.85 | $85,000.00 | $1,230,137.85 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 19-24759
Case Name: AK BUILDERS AND COATINGS, INC
Trustee Name: Geoffrey Richards

| | Balance on hand | | | $ | 29,861.42 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | COMMERCIAL TRADE, INC. | $ 28,198.40 | $ 28,198.40 | $ 0.00 | $ 0.00 |
| 000004 | IRA Services Trust Company | $ 1,102,268.16 | $ 1,102,268.16 | $ 0.00 | $ 0.00 |
| 000008 | US SMALL BUSINESS ADMINISTRATION | $ 150,000.00 | $ 150,000.00 | $ 60,000.00 | $ 10,977.10 |

| | Total to be paid to secured creditors | $ | 10,977.10 |
| | Remaining Balance | $ | 18,884.32 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Geoffrey Richards | $ 9,168.99 | $ 0.00 | $ 9,168.99 |
| Trustee Expenses: Geoffrey Richards | $ 44.04 | $ 0.00 | $ 44.04 |
| Attorney for Trustee Fees: HEFNER, STARK and MARIOS, LLP | $ 25,000.00 | $ 25,000.00 | $ 0.00 |
| Fees: UNITED STATES TRUSTEE | $ 2,275.00 | $ 0.00 | $ 2,275.00 |
| Other: Franchise Tax Board | $ 1,626.58 | $ 0.00 | $ 1,626.58 |

|  | Total to be paid for chapter 7 administrative expenses | $ | 13,114.61 |
|---|---|---|---|
|  | Remaining Balance | $ | 5,769.71 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 3,565.15 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003A | FRANCHISE TAX BOARD | $ 2,587.98 | $ 0.00 | $ 2,587.98 |
| 000005A | Internal Revenue Service | $ 977.17 | $ 0.00 | $ 977.17 |
| 000009 | Franchise Tax Board | $ 0.00 | $ 0.00 | $ 0.00 |

|  | Total to be paid to priority creditors | $ | 3,565.15 |
|---|---|---|---|
|  | Remaining Balance | $ | 2,204.56 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,204.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | UNITED STATES TRUSTEE | $ 325.00 | $ 0.00 | $ 325.00 |
| 000003B | FRANCHISE TAX BOARD | $ 1,646.93 | $ 0.00 | $ 1,646.93 |
| 000005B | Internal Revenue Service | $ 232.63 | $ 0.00 | $ 232.63 |
| | Total to be paid to timely general unsecured creditors | | | $ 2,204.56 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE