GEOFFREY M. RICHARDS
Bankruptcy Trustee
P.O. Box 579
Orinda, CA 94563
(916) 288-8365

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| In Re: § <br> § <br> AK BUILDERS AND COATINGS, INC § <br> § <br> Debtor § | Case No. 19-24759-A-7 |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Geoffrey Richards, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 5,205,500.00 <br> *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 76,746.81 | Claims Discharged <br> Without Payment: NA |
| Total Expenses of Administration: 41,632.91 | |

3) Total gross receipts of $ 118,379.72  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 118,379.72  from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,596,000.00 | $ 1,280,466.56 | $ 1,280,466.56 | $ 70,977.10 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 41,632.91 | 41,632.91 | 41,632.91 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 3,565.15 | 3,565.15 | 3,565.15 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 2,204.56 | 2,204.56 | 2,204.56 |
| **TOTAL DISBURSEMENTS** | $ 1,596,000.00 | $ 1,327,869.18 | $ 1,327,869.18 | $ 118,379.72 |

4) This case was originally filed under chapter 11 on 07/29/2019 , and it was converted to chapter 7 on 07/16/2020 . The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/26/2022        By:/s/Geoffrey Richards
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| FINANCIAL ACCOUNTS | 1129-000 | 106,121.29 |
| FINANCIAL ACCOUNTS | 1129-000 | 12,258.43 |
| **TOTAL GROSS RECEIPTS** | | **$ 118,379.72** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial | | 22,000.00 | NA | NA | 0.00 |
| | Cook and Bloach, Trustees | | 0.00 | NA | NA | 0.00 |
| | FCI Lender 8190 East Kaiser BL AN | | 1,120,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Merc Financial 7 |  | 150,000.00 | NA | NA | 0.00 |
|  | N&K Properties LLC |  | 125,000.00 | NA | NA | 0.00 |
| 000004 | IRA SERVICES TRUST COMPANY | 4110-000 | NA | 1,102,268.16 | 1,102,268.16 | 0.00 |
| 000001 | COMMERCIAL TRADE, INC. | 4120-000 | 30,000.00 | 28,198.40 | 28,198.40 | 0.00 |
| 000008 | US SMALL BUSINESS ADMINISTRATION | 4210-000 | 149,000.00 | 150,000.00 | 150,000.00 | 70,977.10 |
| **TOTAL SECURED CLAIMS** |  |  | $ 1,596,000.00 | $ 1,280,466.56 | $ 1,280,466.56 | $ 70,977.10 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:GEOFFREY RICHARDS | 2100-000 | NA | 9,168.99 | 9,168.99 | 9,168.99 |
| TRUSTEE COMPENSATION:GEOFFREY RICHARDS | 2200-000 | NA | 44.04 | 44.04 | 44.04 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 38.93 | 38.93 | 38.93 |
| Axos Bank | 2600-000 | NA | 489.42 | 489.42 | 489.42 |
| FRANCHISE TAX BOARD | 2820-000 | NA | 1,626.58 | 1,626.58 | 1,626.58 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| UNITED STATES TRUSTEE | 2950-000 | NA | 2,275.00 | 2,275.00 | 2,275.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):HEFNER, STARK AND MARIOS, LLP | 3210-000 | NA | 25,000.00 | 25,000.00 | 25,000.00 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):GABRIELSON, MICHAEL | 3410-000 | NA | 2,923.00 | 2,923.00 | 2,923.00 |
| ACCOUNTANT FOR TRUSTEE EXPENSES (OTHER FIRM):GABRIELSON, MICHAEL | 3420-000 | NA | 66.95 | 66.95 | 66.95 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 41,632.91 | $ 41,632.91 | $ 41,632.91 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | FRANCHISE TAX BOARD | 5200-000 | NA | 0.00 | 0.00 | 0.00 |
| 000003A | FRANCHISE TAX BOARD | 5800-000 | NA | 2,587.98 | 2,587.98 | 2,587.98 |
| 000005A | INTERNAL REVENUE SERVICE | 5800-000 | NA | 977.17 | 977.17 | 977.17 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 3,565.15 | $ 3,565.15 | $ 3,565.15 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003B | FRANCHISE TAX BOARD | 7100-000 | NA | 1,646.93 | 1,646.93 | 1,646.93 |
| 000005B | INTERNAL REVENUE SERVICE | 7100-000 | NA | 232.63 | 232.63 | 232.63 |
| 000002 | UNITED STATES TRUSTEE | 7100-000 | NA | 325.00 | 325.00 | 325.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 2,204.56 | $ 2,204.56 | $ 2,204.56 |

Filed 02/01/22 — Case 19-24759 — Doc 231

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 19-24759 | A | Judge: FREDERICK E. CLEMENT | Trustee Name: | Geoffrey Richards |
| Case Name: | AK BUILDERS AND COATINGS, INC | | | Date Filed (f) or Converted (c): | 07/16/20 (c) |
| | | | | 341(a) Meeting Date: | 08/25/20 |
| For Period Ending: | 01/26/22 | | | Claims Bar Date: | 12/01/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FINANCIAL ACCOUNTS | 160,638.00 | 106,121.29 | | 106,121.29 | FA |
| JPMorgan Chase Bank, NA - checking #8615. Original value listed $2,105. Amended to reflect current value (doc 162). Trustee value reflects funds turned over to trustee on 8/8/20. | | | | | |
| 2. FINANCIAL ACCOUNTS | 13,842.00 | 12,258.43 | | 12,258.43 | FA |
| JPMorgan Chase Bank, NA - checking #1316. Original value listed $2,390. Amended to reflect current value. (doc 162) . Trustee value reflects amount turned over to trustee on 8/8/20 & 8/20/20. | | | | | |
| 3. SECURITY DEPOSITS | 6,000.00 | 0.00 | | 0.00 | FA |
| Deposit on contract to purchase 100 acre ranch listed on line 75. Debtor obtained EIDL loan from SBA during the chapter 11. That loan granted a security interest in all personal property of the debtor. | | | | | |
| 4. OFFICE EQUIPMENT | 1,500.00 | 0.00 | | 0.00 | FA |
| Desk, table, etc Debtor obtained EIDL loan from SBA during the chapter 11. That loan granted a security interest in all personal property of the debtor. | | | | | |
| 5. MACHINERY AND SUPPLIES | 51,500.00 | 0.00 | | 0.00 | FA |
| Computers, ladders, skafolding, compressors, tools. Debtor obtained EIDL loan from SBA during the chapter 11. That loan granted a security interest in all personal property of the debtor. | | | | | |
| 6. VEHICLES | 25,000.00 | 0.00 | | 0.00 | FA |
| 2008 F550 Ford. Debtor obtained EIDL loan from SBA during the chapter 11. That loan granted a security interest in all personal property of the debtor. | | | | | |
| 7. VEHICLES | 8,000.00 | 0.00 | | 0.00 | FA |
| Welding Machine. Debtor obtained EIDL loan from SBA during the chapter 11. That loan granted a security interest in all personal property | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 19-24759 A Judge: FREDERICK E. CLEMENT | Trustee Name: | Geoffrey Richards |
|---|---|---|---|
| Case Name: | AK BUILDERS AND COATINGS, INC | Date Filed (f) or Converted (c): | 07/16/20 (c) |
| | | 341(a) Meeting Date: | 08/25/20 |
| | | Claims Bar Date: | 12/01/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| of the debtor. | | | | | |
| 8. COMMERCIAL PROPERTY | 2,050,000.00 | 0.00 | OA | 0.00 | FA |
| 10779 Walker Trl Rd., Copperopol - 100% interest. Debtor obtained EIDL loan from SBA during the chapter 11. That loan granted a security interest in all personal property of the debtor. Per settlement agreement with SBA, SBA will be granted a security interest in all real property. | | | | | |
| 9. COMMERCIAL PROPERTY | 2,050,000.00 | 0.00 | OA | 0.00 | FA |
| 10777 Walker Trl Rd., Copperopol - 100% interest. Debtor obtained EIDL loan from SBA during the chapter 11. That loan granted a security interest in all personal property of the debtor. Per settlement agreement with SBA, SBA will be granted a security interest in all real property. | | | | | |
| 10. COMMERCIAL PROPERTY | 500,000.00 | 0.00 | | 0.00 | FA |
| 9694 Alta mesa Dr., Wilton, CA - 100% interest. Amended Sched D added asset with "unknown" claim value. Doc #67. Debtor obtained EIDL loan from SBA during the chapter 11. Per settlement agreement with SBA, SBA will be granted a security interest in all real property. Ownership of this property by the debtor is disputed. | | | | | |
| 11. ACCOUNTS RECEIVABLE (u) | 93,400.00 | 0.00 | | 0.00 | FA |
| RTC Ranch funding. Added on amended doc #162. Debtor obtained EIDL loan from SBA during the chapter 11. That loan granted a security interest in all personal property of the debtor. | | | | | |
| 12. FARM SUPPLIES (u) | 20,000.00 | 0.00 | | 0.00 | FA |
| Misc parts & equip, ie shower, doors, tanks, etc. Debtor obtained EIDL loan from SBA during the chapter 11. That loan granted a security interest in all personal property of the debtor. | | | | | |

Filed 02/01/22     Case 19-24759     Doc 231

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit 8

| Case No: | 19-24759 A Judge: FREDERICK E. CLEMENT | Trustee Name: | Geoffrey Richards |
|---|---|---|---|
| Case Name: | AK BUILDERS AND COATINGS, INC | Date Filed (f) or Converted (c): | 07/16/20 (c) |
| | | 341(a) Meeting Date: | 08/25/20 |
| | | Claims Bar Date: | 12/01/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. VEHICLES (u) | 3,100.00 | 0.00 | | 0.00 | FA |
| 2007 BMW 530XI. Debtor obtained EIDL loan from SBA during the chapter 11. That loan granted a security interest in all personal property of the debtor. | | | | | |
| 14. VEHICLES (u) | 30,000.00 | 0.00 | | 0.00 | FA |
| 2017 Chevrolet Suburban. Debtor obtained EIDL loan from SBA during the chapter 11. That loan granted a security interest in all personal property of the debtor. | | | | | |
| 15. VEHICLES (u) | 7,000.00 | 0.00 | | 0.00 | FA |
| Ford F550. Debtor obtained EIDL loan from SBA during the chapter 11. That loan granted a security interest in all personal property of the debtor. | | | | | |
| 16. MACHINERY AND SUPPLIES (u) | 0.00 | 0.00 | | 0.00 | FA |
| Forklift. Debtor obtained EIDL loan from SBA during the chapter 11. That loan granted a security interest in all personal property of the debtor. | | | | | |
| 17. COMMERCIAL PROPERTY (u) | 200,000.00 | 0.00 | | 0.00 | FA |
| 10675 Sky High Ridge, Lower Lake Lien of $150,000 reflected on Schedule D,(Doc 163) | | | | | |
| 18. RESIDENCE (u) | 125,000.00 | 0.00 | | 0.00 | FA |
| 2005 Stacey Ct. Arlington, TX. | | | | | |
| 19. CONTINGENT CLAIMS | 0.00 | 0.00 | | 0.00 | FA |
| Contract to purchase 100 acre ranch for $200,000. Asset removed on amended schedule Doc 162. | | | | | |
| 20. CONTINGENT CLAIMS (u) | 35,000.00 | 0.00 | | 0.00 | FA |
| Cattle Lease. (doc 162) Debtor obtained EIDL loan from SBA during the chapter 11. That loan granted a security interest in all personal | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4
Exhibit 8

| Case No: | 19-24759    A    Judge: FREDERICK E. CLEMENT | Trustee Name: | Geoffrey Richards |
| --- | --- | --- | --- |
| Case Name: | AK BUILDERS AND COATINGS, INC | Date Filed (f) or Converted (c): | 07/16/20 (c) |
| | | 341(a) Meeting Date: | 08/25/20 |
| | | Claims Bar Date: | 12/01/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| property of the debtor. | | | | | |

|  |  |  |  | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $5,379,980.00 | $118,379.72 | | $118,379.72 | $0.00 |

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/9/21 - HSM fee application approved. Even though the fee application clearly stated that HSM was only claiming $25,000 of the total fees and expenses (Doc 203, page 2 line 11), Judge Clement signed an order approving $39,496.50 in Fee and $586.47 in expenses. Correspondence in file confirms that HSM is only expecting a total reduced fee of $25,000, and a check is to be issued for that amount.

5/12/21 - Initial $60,000 payment to be made to SBA. Tax authorities have not responded to tax returns filed. HSM fee application pending for hearing 6/7, then file TFR. Payments to be made to SBA per Docket 172, paragraph 11a and 11e. Approved by court order Docket 179. After payment of all admin and unsecured claims, SBA to receive remaining funds in TFR.

03/29/21 - Pending receipt of confirmation from Tax authorities regarding tax returns. Payment to be made to SBA, then Fee apps submitted.

2/24/21 - Compromise approved by USBC. Pending order and payment to SBA. Tax returns and Fee Apps to be filed.

12/21/20 - Debtor obtained SBA loan without court approval during the pendency of the Chapter 11 case. Counsel contacted US Attorney. SBA claims to have a secured interest in all the debtor's personal property, including the funds

Filed 02/01/22                           Case 19-24759                                   Doc 231

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 5

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 19-24759   A   Judge: FREDERICK E. CLEMENT | Trustee Name: | Geoffrey Richards |
| Case Name: | AK BUILDERS AND COATINGS, INC | Date Filed (f) or Converted (c): | 07/16/20 (c) |
| | | 341(a) Meeting Date: | 08/25/20 |
| | | Claims Bar Date: | 12/01/20 |

seized by the estate. This is disputed. We are negotiating a stipulated settlement with the SBA and the debtor where the estate will receive funds sufficient funds to unsecured claims and admin expense. Debtor has never filed tax returns, and this matter is being investigated.

10/12/20 - Trustee has seized $118,000 on deposit in Chase bank account. This is currently sufficient to pay all claims filed in the case. The principal of the debtor continues to be evasive, and the debtor may have incurred additional debt during the pendency of the Chapter 11 case. Pending POC bar date for further action.

Initial Projected Date of Final Report (TFR): 03/30/21      Current Projected Date of Final Report (TFR): 06/30/21

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Page: 1

| Case No: | 19-24759 -A | | Trustee Name: | Geoffrey Richards |
|---|---|---|---|---|
| Case Name: | AK BUILDERS AND COATINGS, INC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0535 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6283 | | | |
| For Period Ending: | 01/26/22 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/08/20 | 1, 2 | Chase<br>Cashier's check | Turnover of non-exempt bank accounts | 1129-000 | 117,716.25 | | 117,716.25 |
| 08/20/20 | 2 | Chase<br>Cashier's Check<br>Remitter: National Account Servcies | Turnover of non-exempt bank account | 1129-000 | 663.47 | | 118,379.72 |
| 01/25/21 | | International Sureties Ltd<br>701 Podras Street, Suite 420<br>New Orleans, LA 70139 | Bond Premium Payment | 2300-000 | | 38.93 | 118,340.79 |
| 03/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 118.02 | 118,222.77 |
| 04/02/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 130.54 | 118,092.23 |
| 04/13/21 | 005001 | Michael Gabrielson<br>Gabrielson and Company<br>1605 School Street<br>Morage, CA 94556 | CPA Fees and Expense | | | 2,989.95 | 115,102.28 |
| | | | Fees            2,923.00 | 3410-000 | | | |
| | | | Expenses          66.95 | 3420-000 | | | |
| 05/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 124.59 | 114,977.69 |
| 05/17/21 | 005002 | US SMALL BUSINESS ADMINISTRATION<br>DENVER FINANCE CENTER 6283<br>721 19TH STREET<br>DENVER, CO 80202 | Claim 8-1<br>SBA LOAN NUMBER 9283938205 | 4210-000 | | 60,000.00 | 54,977.69 |
| 06/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 116.27 | 54,861.42 |
| 06/09/21 | 005003 | HEFNER, STARK and MARIOS, LLP<br>Attn: Aaron Avery<br>2150 River Plaza Drive, Suiite 450<br>Sacramento, CA 95833-3883 | Trustee Attorney Fee<br>Reduced Fee Per Doc 203, page 2 line 8 | 3210-000 | | 25,000.00 | 29,861.42 |
| 09/01/21 | 005004 | GEOFFREY RICHARDS<br>PO Box 579 | Claim 1T, Payment 100.0%<br>Trustee Compensation and Expense | | | 9,213.03 | 20,648.39 |

Page Subtotals    118,379.72    97,731.33

Ver: 22.04

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 19-24759 -A | | Trustee Name: | Geoffrey Richards |
|---|---|---|---|---|
| Case Name: | AK BUILDERS AND COATINGS, INC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0535 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6283 | | | |
| For Period Ending: | 01/26/22 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Orinda, CA 94563 | Fees                9,168.99 | 2100-000 | | | |
| | | | Expenses              44.04 | 2200-000 | | | |
| 09/01/21 | 005005 | UNITED STATES TRUSTEE | Claim 000006, Payment 100.0% | 2950-000 | | 2,275.00 | 18,373.39 |
| | | 501 I STREET, SUITE 7-500 | (6-1) Unpaid ch 11 fees | | | | |
| | | SACRAMENTO, CA 95814 | | | | | |
| 09/01/21 | 005006 | Franchise Tax Board | Claim 000007A, Payment 100.0% | 2820-000 | | 1,626.58 | 16,746.81 |
| | | <B>(ADMINISTRATIVE)</B> | (7-1) 1926 | | | | |
| | | Bankruptcy Section MS A340 | | | | | |
| | | PO BOX 2952 | | | | | |
| | | Sacramento CA 95812-2952 | | | | | |
| 09/01/21 | 005007 | FRANCHISE TAX BOARD | Claim 000003A, Payment 100.0% | 5800-000 | | 2,587.98 | 14,158.83 |
| | | BANKRUPTCY SECTION MS A340 | (3-1) Claim Filed | | | | |
| | | PO BOX 2952 | | | | | |
| | | SACRAMENTO CA 95812-2952 | | | | | |
| 09/01/21 | 005008 | Internal Revenue Service | Claim 000005A, Payment 100.0% | 5800-000 | | 977.17 | 13,181.66 |
| | | PO Box 7346 | | | | | |
| | | Philadelphia, PA 19101-7346 | | | | | |
| 09/01/21 | 005009 | UNITED STATES TRUSTEE | Claim 000002, Payment 100.0% | 7100-000 | | 325.00 | 12,856.66 |
| | | 501 I STREET, SUITE 7-500 | (2-1) Unpaid ch 11 fees | | | | |
| | | SACRAMENTO, CA 95814 | | | | | |
| 09/01/21 | 005010 | FRANCHISE TAX BOARD | Claim 000003B, Payment 100.0% | 7100-000 | | 1,646.93 | 11,209.73 |
| | | BANKRUPTCY SECTION MS A340 | (3-1) Claim Filed | | | | |
| | | PO BOX 2952 | | | | | |
| | | SACRAMENTO CA 95812-2952 | | | | | |
| 09/01/21 | 005011 | Internal Revenue Service | Claim 000005B, Payment 100.0% | 7100-000 | | 232.63 | 10,977.10 |
| | | PO Box 7346 | | | | | |
| | | Philadelphia, PA 19101-7346 | | | | | |
| 09/01/21 | 005012 | US SMALL BUSINESS ADMINISTRATION | Claim 000008, Payment 7.3% | 4210-000 | | 10,977.10 | 0.00 |
| | | DENVER FINANCE CENTER 6283 | Claim 8-1 | | | | |

Page Subtotals      0.00      20,648.39

Ver: 22.04

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 19-24759 -A | Trustee Name: | Geoffrey Richards |
|---|---|---|---|
| Case Name: | AK BUILDERS AND COATINGS, INC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0535 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6283 | | |
| For Period Ending: | 01/26/22 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 721 19TH STREET DENVER, CO 80202 | SBA LOAN NUMBER 9283938205 | | | | |

|  |  | COLUMN TOTALS | 118,379.72 | 118,379.72 | 0.00 |
|---|---|---|---|---|---|
|  |  | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
|  |  | Subtotal | 118,379.72 | 118,379.72 | |
|  |  | Less:  Payments to Debtors | | 0.00 | |
|  |  | Net | 118,379.72 | 118,379.72 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | | TOTAL - ALL ACCOUNTS | | | |
| | | Checking Account (Non-Interest Earn - *******0535 | 118,379.72 | 118,379.72 | 0.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| | | | 118,379.72 | 118,379.72 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals　　0.00　　0.00

Ver: 22.04